**Denied and Opinion Filed July 16, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00833-CV**

**IN RE SARAH MOREAU, Relator**

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF18-17537**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court are relator's July 12, 2024 petition for writ of mandamus and motion for temporary relief. Relator challenges an associate judge's August 2, 2023 report and June 28, 2024 temporary orders appointing relator and real party in interest as temporary joint managing conservators of the parties' children and ordering that the children's residence is restricted to Dallas and Collin Counties from and after July 1, 2024.

Based on our review, relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(d)(3), (g), (h), (j), 52.7(a). Even if relator cured these defects, however, we reviewed relator's requested relief based on

the petition and record before us. Entitlement to mandamus relief requires relator to show the trial court clearly abused its discretion and the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny relator's motion for temporary relief as moot.

Additionally, based on our review, relator's petition and its attached appendix contain unredacted sensitive data—such as a social security number and a minor's full name, birthdate, and home address—in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's petition and its attached appendix.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
240833F.P05                                           JUSTICE